IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| KATHI HAMMOCK, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | NO. 4:05-CV-728-A |
| § | |
| TASER INTERNATIONAL, INC, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Consistent with the agreed order of dismissal signed even date herewith,

The court ORDERS, ADJUDGES and DECREES that all claims of plaintiffs, Kathi Hammock, individually, and as next of friend of Brittani Hammock, against defendants, Taser International, Inc., and Dallas Public Safety Supply, in the above-captioned action be dismissed.

The court further ORDERS, ADJUDGES, and DECREES that each party to this action bear the costs of court incurred by such party.

SIGNED April 28, 2006.

JOHN McBRYDE
United States District Judge